GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff



**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR22-543-PHX-DWL (MTM) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Material False Statement During the Purchase of a Firearm) Count 1 |
| 1. Krista Michelle Sparks, and (Counts 1 and 2) | 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2 (Felon in Possession of a Firearm, Aid and Abet) Count 2 |
| 2. Levi David Bagne, (Count 3) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) Count 3 |
| Defendants. | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 7, 2021, in the District of Arizona, Defendant KRISTA MICHELLE SPARKS knowingly made a false statement and representation in connection

with the acquisition of a firearm to Ammo AZ, which was intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by Ammo AZ, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo AZ, in that Defendant KRISTA MICHELLE SPARKS executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating that she was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, Defendant KRISTA MICHELLE SPARKS knew that she was buying the firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

Between on or about March 21, 2021, and May 26, 2021, in the District of Arizona, Defendant KRISTA MICHELLE SPARKS, knowing that LEVI DAVID BAGNE had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly aid and abet LEVI DAVID BAGNE's possession of the following firearm(s):

1) S.C. Nova Grup S.R.L., 9 mm pistol, SN: RON2126074,

2) S.C. Nova Grup S.R.L. (Century Arms), 9 mm rifle, SN: RON2052050,

3) Masterpiece Arms, 9 mm Pistol, SN: FX23178, and

4) Komando AV SA. TIC. Ltd, 12-gauge shotgun, SN: 214210142,

all said firearms having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 3

Between on or about August 24, 2020, and May 26, 2021, in the District of Arizona, Defendant LEVI DAVID BAGNE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearm(s), to wit:

1) Taurus, 9 mm pistol, SN: TJR87335,

2) Masterpiece Arms, 9 mm pistol, SN: FX23178,

3) S.C. Nova Grup S.R.L., 9 mm pistol, SN: RON2126074,

4) Benelli, 12-gauge shotgun, SN: Z665473X,

5) S.C. Nova Grup S.R.L. (Century Arms), 9 mm rifle, SN: RON2052050,

6) Komando AV SA. TIC. Ltd, 12-gauge shotgun, SN: 214210142,

7) HS Produkt, .40 caliber pistol, SN: GM117416, and

8) Glock, .40 caliber pistol, SN: UXP069,

all of which were in and affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 3 of this Indictment, Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the Defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the Defendants are liable, including, but not limited to, the following property involved and used in the offense:

(1) Taurus, 9mm pistol, SN: TJR87335;

(2) Masterpiece Arms, 9 mm pistol, SN: FX23178;

(3) S.C. Nova Grup S.R.L., 9 mm pistol, SN: RON2126074;

(4) Benelli, 12-gauge shotgun, SN: Z665473X;

(5) S.C. Nova Grup S.R.L. (Century Arms), 9 mm rifle, SN: RON2052050;

(6) Komando AV SA. TIC. Ltd, 12-gauge shotgun, SN: 214210142;

(7) HS Produkt, .40 caliber pistol, SN: GM117416; and,

(8) Glock, .40 caliber pistol, SN: UXP069.

- 3 -

If any forfeitable property, as a result of any act or omission of the Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  May 24, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
ADDISON SANTOME
Assistant U.S. Attorney