JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JANE L. McCLELLAN, #015902
Asst. Federal Public Defender
jane_mcclellan@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-22-00543-PHX-DWL |
|---|---|
| Plaintiff, | **OBJECTION TO DRAFT PRESENTENCE REPORT** |
| vs. | |
| Krista Michelle Sparks, | |
| Defendant. | |

Defendant Krista Michelle Sparks, by and through undersigned counsel, hereby submits the following objection to the draft presentence report. Ms. Sparks pleaded guilty to one count of Making a Material False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 922)(a)(2). Sentencing in this matter is scheduled for May 15, 2023.

I.      **Objection to Paragraph 18: Base Offense Level**

At Paragraph 18 of the Draft Presentence Report, the base offense level is calculated at a level 14 pursuant to U.S.S.G. § 2K2.1(a)(6)(B), because the report concludes that Defendant Sparks committed the offense with the "knowledge, intent, or reason to believe the offense would result in the transfer of a firearm to a prohibited person." Defendant submits that she did not have reason to believe that the offense would result in the transfer of a firearm to a prohibited person, and thus

the base offense level should be 12, pursuant to U.S.S.G. § 2K2.1(a)(7). A defendant seeking a downward adjustment in the base offense level has the burden of proof and must prove the relevant facts by a preponderance of the evidence. *See United States v. Uzelac,* 921 F.2d 204, 205 (9th Cir. 1990),

Defendant admits that the firearms were transferred to co-defendant Levi David Bagne who was a prohibited possessor, because he had a prior felony conviction. However, on March 2, 2021, Mr. Bagne filed a Motion to Set Aside Conviction and Restoration of All Civil Rights Including Gun Rights. *See* Exhibit A: Criminal Court Case Information – Case History, for Case No. CR2013-001075-001, State of Arizona v. Levi David Bagne. The motion related to a marijuana violation. This motion was denied on June 21, 2021. Ms. Sparks completed forms for the purchase of firearms beginning on March 19, 2021, and in April and May of 2021—after Mr. Bagne filed the motion to restore his gun rights and before the motion was denied. *See* Presentence Report ("PSR") at ¶ 9. Mr. Bagne told Ms. Sparks that he had retained counsel to file the motion to set aside. Ms. Sparks was under the impression that his right to possess firearms had already been restored at the time she purchased the firearms on behalf of Mr. Bagne. PSR at ¶ 10.

At the time of the offense, Ms. Sparks was 26 years old. She has a limited education having completed only eight years of school; she has no GED. Ms. Sparks had been in a relationship with Mr. Bagne since 2015 that began even prior to that time. She has known him since she was 11 years old. Mr. Bagne was "physically abusive towards her," and she recounted numerous instances of physical abuse. *See* PSR at ¶ 42. It is likely that the physical abuse was accompanied by mental abuse and coercion. Therefore, Mr. Bagne could have convinced Ms. Sparks that he was no longer a prohibited possessor and that she should buy firearms for him. She also did not understand that the mere filing of a

2

motion to set aside a conviction or to restore gun rights does not mean that it will be granted or that Mr. Bagne's rights were restored simply because the motion was filed. Therefore, Ms. Sparks did not have "reason to believe" that she was transferring the firearms to a prohibited possessor.

## II.     Conclusion

In conclusion, Defendant submits that the correct base offense level to be applied in this case is level 12, pursuant to U.S.S.G. § 2K2.1(a)(7).

Respectfully submitted:   April 25, 2023.

JON M. SANDS
Federal Public Defender

 s/Jane L. McClellan
JANE L. McCLELLAN
Asst. Federal Public Defender

3